```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    :
MELISSA TORRES,    :
    :
    Plaintiff,    :    1:24-cv-5756-GHW
    :
    -against-    :    ORDER
    :
CARDINAL MCCLOSKEY SCHOOL AND HOME  :
FOR CHILDREN, *doing business as* Cardinal McCloskey  :
Community Services,    :
    :
    Defendant.    :
    :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On August 9, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 23, 2024. Dkt. No. 7. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 9, 2024 order forthwith, and in no event later than September 16, 2024.

    SO ORDERED.

Dated: August 26, 2024
New York, New York

                                                GREGORY H. WOODS
                                        United States District Judge