```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
MELISSA TORRES, :
:
                 Plaintiff, :    1:24-cv-5756-GHW
:
      -against- :    <u>ORDER</u>
:
CARDINAL MCCLOSKEY SCHOOL AND HOME :
FOR CHILDREN, *doing business as* Cardinal McCloskey :
Community Services, :
:
                Defendant. :
:
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated July 31, 2024, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 26, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 31, 2024 order forthwith and in any event no later than October 1, 2024.

    SO ORDERED.

Dated: September 30, 2024
New York, New York

                                                   GREGORY H. WOODS
                                           United States District Judge